Katherine Lee MACIAK, Respondent,

v.

Walter Joseph MACIAK, Appellant.

No. WD 65903.

Missouri Court of Appeals,
Western District.

June 13, 2006.

Regina K. Bass, Kansas City, MO, for appellant.

Allen S. Russell, Kansas City, MO, for respondent.

Before THOMAS H. NEWTON, P.J., PATRICIA A. BRECKENRIDGE, and PAUL M. SPINDEN, JJ.

### ORDER

PER CURIAM.

Mr. Walter Maciak appeals a circuit court's judgment granting the dissolution of his marriage to Ms. Katherine Lee Maciak. He claims that the child custody and support awards, and the court's property division are against the weight of the evidence.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).